UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-345-BO

UNITED STATES OF AMERICA,       :
                                :
           v.                   :     ORDER TO REASSIGN
                                :
TERRY ALSTON                    :

For good cause shown, without the defendant's objection, and for the reasons stated in the Government's motion to reassign, the Clerk of Court is DIRECTED to reassign the above-captioned case to Judge W. Earl Britt.

SO ORDERED.

This the 15 day of November, 2011

_____
TERRENCE W. BOYLE
United States District Court Judge