**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN  DIVISION**
**CASE NO.: 5:11-CR-345-BO-1**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| | ) | |
| | ) | **REASSIGNMENT ORDER** |
| **vs.** | ) | |
| | ) | |
| **Terry Alston** | ) | |

At the direction of the Court and for the continued efficient administration of justice, the

above captioned case is  hereby reassigned to the Honorable W. Earl Britt, Senior U.S. District

Judge to conduct all proceedings in this matter.  All future pleadings should reflect the revised

case number **5:11-CR-345-BR-1.**

SO ORDERED, this the 18th day of November, 2011.

<u>        /s/ Dennis P. Iavarone</u>
Clerk of Court