UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00345-BR

UNITED STATES OF AMERICA          )
                                  )
            v.                    )                ORDER
                                  )
                                  )
TERRY ALSTON                      )
                                  )


This matter is before the court on the parties' joint motion to continue sentencing and

defendant's unopposed motion to seal the motion to continue. For good cause shown, the

motions are ALLOWED. Sentencing is CONTINUED to 2 January 2013.

This 15 October 2012.


_____
        W. Earl Britt
        Senior U.S. District Judge