UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00345-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERRY ALSTON | ) | |

This matter is before the court on defendant's unopposed motions to continue sentencing and to seal the motion to continue. For good cause shown, the motions are ALLOWED. Sentencing is CONTINUED to 4 February 2013.

This 3 January 2013.

_____
W. Earl Britt
Senior U.S. District Judge